**Larry SMALLWOOD, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 97029.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 5, 2012.

Gwenda Reneé Robinson, District Defender, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., Robert J. (Jeff) Bartholomew, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

### *ORDER*

PER CURIAM.

Larry Smallwood appeals the judgment of the Circuit Court of the City of St. Louis, the Honorable Julian L. Bush presiding. A jury found Smallwood guilty of one count of robbery in the first degree, once count of armed criminal action, and one count of burglary in the first degree. The court sentenced Smallwood to concurrent terms of imprisonment of eleven (11) years, ten (10) years, and ten (10) years, respectively.

On appeal, Smallwood argued that the circuit court erred in the denial of his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs and the Record on Appeal, and find no error of law in this case. Thus, a written opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

AFFIRMED.